FILED

13 OCT -2 PM 2:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: KCM   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 99CR3451-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| RAUL MATA, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against RAUL MATA, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: 10/2/13.

_____
HONORABLE THOMAS J. WHELAN
United States District Court